IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Cr. No. 05-10067-T/An

DONALD ALLEN HOLT,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on August 23, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:        Dianne Smothers
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his present bond.

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    unlawful transport of firearms

Assistant U.S. Attorney assigned to case: Powell

Rule 32 was not waived.

Defendant's age: 37

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 09-01-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10067 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT